```
              DOC NO
            REC'D/FILED

         2009 MAR -4  AM 10: 43

            PETER OPPENEER
         CLERK US DIST COURT
              WD OF WI
```

U.S. Magistrate Court
120 North Henry Street
Courtroom 260
Madison, WI 563703

RE: Violation Number: 1009957
Offense: Fail To Leave Forest

Dear Magistrate Judge Stephen Crocker,

I have received a "Notice To Appear" with a violation date of 12/29/2008. The appearance has been scheduled for March 10 at 9:00 a.m.

In the past, defendants have been allowed to enter their pleas by telephone and I am asking for that in this case.

Cassandra Dixon and Gail Vaughn are my co-defendants in a case of trespass at Fort McCoy in December in the Western District of Wisconsin and may or may not be making the same request.

Thank you for your consideration in this matter,

Sincerely,

*[signature]* March 2, 2009
Bonnie Urfer

740 Round Lake Road
Luck, Wisconsin 54853
(715) 491-1115

*[handwritten note:]* REQUEST GRANTED. THE CLERK SHALL SET A TELEPHONIC STATUS CONFERENCE FOR ALL THESE DEFENDANTS SOMETIME LATER IN MARCH.
*[signed]* STM
3-6-09